Peter Strojnik
7847 North Central Ave.
Phoenix, Arizona 85020
602-524-6602
ps@strojnik.com

# UNITED STATES COURT OF APPEALS
# FOR THE 9TH CIRCUIT

| | |
|---|---|
| Peter Strojnik,<br><br>      Plaintiff,<br><br>vs.<br><br>Express, LLC<br><br>      Defendant. | No.: 22-55443<br><br>D.C. No.: 3:22-cv-00452-TWR-AHG<br><br>**Motion to Consolidate with *Strojnik v. Buffalo Wild Wings*, No.: 22-55439** |

  Appellant respectfully requests consolidation the current case with *Strojnik v. Buffalo Wild Wings* pending in this court under cause number 22-55439. Both cases arise out of district court's denial of certification of a new complaint following Appellant's designation as a vexatious litigant. The issues in both cases are the same, that is, (1) the guidance to procedure for earning a non-vexatious litigant status through the filing of properly alleged complaints and (2) a determination whether the reasoning offered by the Southern District Court denying a motion to dismiss a similar complaint is equally applicable to Appellant.

1

In the *Buffalo Wild Wings* matter Appellant already filed a Motion for Guidance re Waiver of Appeal Filing Fee, dkt at 2-1, which is by this reference incorporated here.

The two cases arise out of the same denial of certification of Appellant's new complaints on the same basis and for the same reasons. Therefore, in the interest of judicial and Appellant's economy, Appellant respectfully requests consolidation.

In the interest of full disclosure, there is another case waiting for certification in the Southern District and one in Central District. Based on Southern District's prior rulings, Appellant has reason to believe that the certification of these additional cases may also be denied requiring Appellant to appeal.

RESPECTFULLY SUBMITTED this 3rd day of May, 2022

_____
Peter Strojnik

Electronically filed this 3rd day of May, 2022.