# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 4. Motion and Affidavit for Permission to Proceed in Forma Pauperis

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form04instructions.pdf*

| | |
|---|---|
| **9th Cir. Case Number(s)** | 22-55443 |
| **Case Name** | Strojnik v. Express, LLC |

**Affidavit in support of motion:** I swear under penalty of perjury that I am financially unable to pay the docket and filing fees for my appeal. I believe my appeal has merit. I swear under penalty of perjury under United States laws that my answers on this form are true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

| | | | |
|---|---|---|---|
| **Signature** | [signature] | **Date** | May 23, 2022 |

The court may grant a motion to proceed in forma pauperis if you show that you cannot pay the filing fees **and** you have a non-frivolous legal issue on appeal. Please state your issues on appeal. (*attach additional pages if necessary*)

Appellant was enjoined from filing any civil action in the Southern District of California that alleges a cause of action for a violation of the ADA without first obtaining certification that his claims plausibly allege Article III standing and are not frivolous or asserted for an improper purpose. Appellant sought such certificate in this case, but certification was denied.

Southern District of California's prior decisions ruled similar complaints jurisdictionally and factually sufficient.

The issue on this appeal is whether Appellant is subject to different jurisdictional, standing and pleading rules than all others.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

| Form 4 | *1* | Rev. 12/01/2018 |
|---|---|---|

1. *For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ | $ 0 | $ |
| Self-Employment | $ 0 | $ | $ 0 | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ 0 | $ |
| Interest and Dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 0 | $ | $ 0 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child Support | $ 0 | $ | $ 0 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 1,249.3 | $ | $ 1,249.3 | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ 0 | $ |
| Unemployment Payments | $ 0 | $ | $ 0 | $ |
| Public-Assistance (such as welfare) | $ 0 | $ | $ 0 | $ |
| Other (specify) | $ 0 | $ | $ 0 | $ |
| **TOTAL MONTHLY INCOME:** | $ 1,249.3 | $ | $ | $ |

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 4        2        Rev. 12/01/2018

2. List your employment history for the past two years, most recent employer first.
   (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| NA | | From / To | $ |
| | | From / To | $ |
| | | From / To | $ |
| | | From / To | $ |

3. List your spouse's employment history for the past two years, most recent employer first.
   (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| NA | | From / To | $ |
| | | From / To | $ |
| | | From / To | $ |
| | | From / To | $ |

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 4     3     Rev. 12/01/2018

4. How much cash do you and your spouse have? $ ☐

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
| Chase | Checking | $ 38.48 | $ |
| Navy Federal CU | Checking | $ 42.2 | $ |
| Navy Federal | Savings | $ 5 | $ |
| 1st Hawaii Bank | Checking | $ 5.24 | $ |

If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishing.

| Home | Value | Other Real Estate | Value |
|---|---|---|---|
| None | $ | | $ |

| Motor Vehicle 1: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| None | | | $ |

| Motor Vehicle 2: Make & Year | Model | Registration # | Value |
|---|---|---|---|
| | | | $ |

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 4      4      Rev. 12/01/2018

| Other Assets | Value |
|---|---|
| Laptop | $ 300 |
| Cell Phone | $ 200 |
|  | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | $ | $ |
|  | $ | $ |
|  | $ | $ |

7. State the persons who rely on you or your spouse for support. If a dependent is a minor, list only the initials and not the full name.

| Name | Relationship | Age |
|---|---|---|
| Tanya C. Strojnik | Former Spouse | 69 |
|  |  |  |
|  |  |  |

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 4      5      Rev. 12/01/2018

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 7,589 | $ |
| - Are real estate taxes included? ● Yes ○ No | | |
| - Is property insurance included? ● Yes ○ No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| - Homeowner's or renter's | $ | $ |
| - Life | $ | $ |
| - Health | $ | $ |
| - Motor Vehicle | $ | $ |
| - Other | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) | | |
| Specify | $ | $ |

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 4     6     Rev. 12/01/2018

|  | You | Spouse |
|---|---|---|
| Installment payments |  |  |
| - Motor Vehicle | $ 811.7 | $ |
| - Credit Card (name) None | $ 0 | $ |
| - Department Store (name) None | $ 0 | $ |
| Alimony, maintenance, and support paid to others | $ 15,000 | $ |
| Regular expenses for the operation of business, profession, or farm (attach detailed statement) | $ 0 | $ |
| Other (specify) | $ 0 | $ |
| **TOTAL MONTHLY EXPENSES** | $ 23,400.7 | $ |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?* ○ Yes  ○ No

   If Yes, describe on an attached sheet.

10. *Have you spent—or will you be spending—any money for expenses or attorney fees in connection with this lawsuit?* ○ Yes  ⊙ No

   If Yes, how much? $ _____

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

   Please see attached.

12. *State the city and state of your legal residence.*

   City: Phoenix    State: Arizona

   Your daytime phone number (ex., 415-355-8000) 602-524-6602

   Your age: 69    Your years of schooling: 19

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 4                                                7                                                Rev. 12/01/2018

**Notes to IFP Form**

**Prior IFP Granted**

See attached.

**Historical Considerations**

1. Appellant was married upon return from military service in 1975.
2. Appellant finished college, graduated law school and became a lawyer in 1980.
3. In 1987 Appellant and Mrs. Strojnik agreed that all their income irrespective of who actually earns it, would be divided 50-50 irrespective of their marital status, until death. Maricopa County Recorder at 87-73116.
4. In 1989 Appellant and Mrs. Strojnik agreed that any property taken in either of their names would be separate property of such spouse. Maricopa County Recorder at 89-194443.
5. On December 16, 2013, Appellant and Mrs. Strojnik divorced. The Marital Settlement Agreement divided the community property and required Appellant to pay $20,000 per month for spousal maintenance for life. The MSA contained a "Respect, Cooperation and Assistance" covenant which provided that Appellant may rent room and board from Mrs. Strojnik. The room and board price was calculated on fair market value of same at $7,589 per month. For this reason, the room and board in Section 8 of the IFP is one amount that includes all subcategories.
6. Appellant's spousal maintenance obligations were secured by a first position UCC-1 recorded with Arizona's Secretary of State.
7. Appellant made regular payments to Mrs. Strojnik. In or about 2016, however, Appellant decided to commence providing pro bono services to one of three competing categories: Immigration (Appellant is an immigrant), Veterans Affairs (Appellant is a veteran), or Disability (Appellant is disabled).
8. Appellant chose disability because the pro bono immigration and veterans' affairs fields were saturated.
9. In the 2016-2017 period, Appellant represented disabled clients and donated all his fees to a 501(c)(3) organization for the disabled.

**Notes to IFP Form**

10. Offending public accommodations, however, along with Arizona's AG Brnovich, got together at the East Mesa Chamber of Commerce where they decided on a strategy of filing bar complaints against Appellant.
11. Ultimately, Appellant prevailed and authored an op-ed piece that ran in the Arizona Republic:



12. All hell broke loose.
13. As a result of what Appellant considered Brnovich's and State Bar's dysfunctional view of civil rights, and the onset of various cancers, Appellant resigned from the State Bar and ultimately agreed to consensual disbarment.

**Appellant's Current Financial Status**

14. Appellant's financial condition deteriorated precipitously. Appellant was unable to meet his spousal maintenance, room and board and tax obligations.

**Notes to IFP Form**

15. On March 11, 2021, the Family Court modified Appellant's spousal maintenance obligations for change of circumstances to $15,000 per month for life, secured with a first position UCC-3 recorded with the Arizona's Secretary of State. The Court also confirmed spousal maintenance arrearages in the amount of $481,476.
16. Appellant continued his civil rights work as a pro-se litigant in Arizona and California only to encounter a marked hostility resulting in numerous judgments too many to report here.
17. In late 2021 Appellant became inflicted with Covid 19, was hospitalized, but fortunately made it through.
18. Since the onset of Covid, Appellant has been recuperating. Believing that he would not make it through, Appellant contacted the main ADA defense counsel and agreed to dismiss all cases. Appellant filed no new cases. During the period of April 1, 2021 and April 1, 2022, Appellant received $61,536.19 for cases filed prior to that time. This amount is significantly less than the costs associated with non-settled and dismissed cases.
19. Appellant's debts are these:

| | |
|---|---|
| Spousal Maintenance Arrearage | 659,676 |
| Room and Board Arrearages | 249, 848 |
| IRS Lien | 475,663 |
| Various judgments (at least) | 200,000 |
| **TOTAL** | **1,585,187** |

20. Appellant's assets are these:

| | |
|---|---|
| One HP laptop | 300 |
| One cell phone | 200 |
| **TOTAL** | **500** |

21. Appellant's current and future receipts from whatever source are subject to the following priority of payments:
    a. **First**, spousal maintenance, both current and arrearages, secured by a priority UCC filing. A failure to pay this amount subjects Appellant to criminal sanctions.

3

**Notes to IFP Form**

>   (Non-payment of spousal maintenance pursuant to a court order is a class 1 misdemeanor if willful and without lawful excuse. A.R.S. §25-511.01)
>   b. **Second,** current room and board, but not arrearages for same.
>   c. **Third,** IRS;
>   d. **Fourth,** recorded judgments.
>   e. **Fifth,** everyone else.

**END OF NOTES**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK, SR., | Case No. 1:22-cv-00533-DAD-BAK |
| Plaintiff, | **ORDER GRANTING PLAINITFF'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS** |
| v. | |
| ROSS STORES, INC., *et al.*, | (Doc. 6) |
| Defendants. | |

Plaintiff Peter Strojnik, Sr., ("Plaintiff"), proceeding pro se, filed this action on May 4, 2022. (Doc. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 2.) On May 4, 2022, Plaintiff field a motion to proceed in forma pauperis. (Doc. 2.) On May 6, 2022, the Court ordered Plaintiff file an application to proceed in District Court without prepayment of fees or costs (Long Form) because Plaintiff's application was unclear as to Plaintiff's debts and obligations. (Doc. 5.) Currently before the Court is Plaintiff's Long Form motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 6.) Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted.

Plaintiff is advised that the Court is required to screen complaints of pro se litigants proceeding in forma pauperis pursuant to Title 28 of the United States Code section 1915(e)(2). The Court must dismiss a complaint or portion thereof if the action is legally "frivolous or

malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B). As a result, no summons will issue at this time. The Court will direct the United States Marshal to serve Plaintiff's complaint only after the Court has screened the complaint and determined that it contains cognizable claims for relief against the named defendants. The Court will screen Plaintiff's complaint in due course.

IT IS SO ORDERED.

Dated: **May 18, 2022**　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

2