Peter Strojnik
7847 North Central Ave.
Phoenix, Arizona 85020
602-524-6602
ps@strojnik.com
strojnikp@gmail.com

# UNITED STATES COURT OF APPEALS
# FOR THE 9TH CIRCUIT

| | |
|---|---|
| Peter Strojnik,<br>　　　　　　　　　Plaintiff,<br>　　　vs.<br>Express, LLC<br>　　　　　　　　　Defendant. | No.: 22-55443<br><br>D.C. No.: 3:22-cv-00452-TWR-AHG<br><br>**NOTICE OF ADDITION OF EMAIL** |

　　　Appellant gives notice that his primary email ps@strojnik.com has been temporarily not working since July 7, 2022 and that all future emails should be addressed to BOTH the primary email ps@strojnik.com AND the secondary email strojnikp@gmail.com.

　　　RESPECTFULLY SUBMITTED this 12th day of July, 2022.

　　　　　　　　　　　　　　　　*/s/ Peter Strojnik*
　　　　　　　　　　　　　　　　Peter Strojnik

Electronically filed this 12th day of July, 2022.

1