

|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 19 2022 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

PETER STROJNIK, Sr.,

    Plaintiff-Appellant,

 v.

EXPRESS, LLC,

    Defendant-Appellee.

No. 22-55443

D.C. No. 3:22-cv-00452-TWR-AHG
Southern District of California, San Diego

ORDER

Before: SCHROEDER, O'SCANNLAIN, and FORREST, Circuit Judges.

Upon a review of the record and the response to the May 26, 2022 order, we conclude this appeal is frivolous. We therefore deny appellant's motion to proceed in forma pauperis (Docket Entry No. 4), *see* 28 U.S.C. § 1915(a), and dismiss this appeal as frivolous, pursuant to 28 U.S.C. § 1915(e)(2) (court shall dismiss case at any time, if court determines it is frivolous or malicious).

All other pending motions are denied as moot.

No further filings will be entertained in this closed case.

**DISMISSED**.

MN/MOATT